RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1/21/16
BY DM

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 15-CR-00034 |
| VS. | * | |
| | * | JUDGE HICKS |
| GREGORY J. HILL, JR. | * | MAGISTRATE JUDGE HORNSBY |

### FACTUAL BASIS

The parties signing below agree and stipulate to the following factual matters. This Factual Basis is submitted in accordance with Rule 11(b)(3) of the Federal Rules of Criminal Procedure.

Subject Hill was the Vice President of UAW Local 2297 while operations were winding down at the "GM plant" in Shreveport in 2012. The Union and the Companies they served were all engaged in interstate commerce, mainly in relation to the manufacturing of automobiles. Under standard procedures, checks drawn on the Local 2297 bank account required the signature of two officers.

On or about April 13, 2012 Hill, knowing the signature of the President of Local 2297 was forged on a check made out to Hill, cashed the check in the amount of $581.94 at a local bank.

Wherefore the parties signing below agree and stipulate that the preceding paragraphs adequately describe the Defendant's role in ~~forging and~~ cashing a

UAW Local 2297 check for the purposes of establishing the Defendant's guilt beyond a reasonable doubt.

Signed this 21st day of January, 2016.

_____
GREGORY J. HILL, JR.
Defendant

STEPHANIE A. FINLEY
United States Attorney

_____
BETTY MARAK
Defense Attorney

By: _____
JOSEPH G. JARZABEK, #07240
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA   71101
318/676-3600
Joseph.Jarzabek@usdoj.gov